UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WILLIE LEWIS HALL, III,**

    **Plaintiff,**

  v.

**JEREMY EVANS,** *et al.***,**

    **Defendants.**

:

:

**Case No. 2:25-cv-580**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Peter B. Silvain, Jr.**

## ORDER

This matter is before the Court on the Magistrate Judge's July 11, 2025, Order and Report and Recommendation (R&R, ECF No. 7). The R&R denied Mr. Hall's Motion to Appoint Counsel (ECF No. 2), granted his Motion to Include a Statement Regarding Venue (ECF No. 3), construed his Motion for Transfer (ECF No. 4) as a request for a preliminary injunction to accomplish his transfer to a different prison, and recommended that the Court deny that request. The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the R&R (ECF No. 7) and **DENIES** Mr. Hall's Motion for Transfer (ECF No. 4).

    **IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON, CHIEF JUDGE**
    **UNITED STATES DISTRICT COURT**