IN The United State District Court for The
Southern District of ohio Eastern Division

FILED
RICHARD W. NAGEL
CLERK OF COURT

2025 AUG 15 PM 1:09

SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Willie Lewis Hall III   Case # 2:25-CV-0580
  Plaintiff

     Amended Complaint

  V.

     Honorable
Jeremy Evans etal   Sarah D. Morrison
  Defendant(s)   Peter B. Silvain, JR

     I. Jurisdiction & Venue

1. this is a civil action authorized by u.s.c
section 1983 to redress the deprivation,
under color of state law, of rights secured
by the constitution of the united states.
the court has Jurisdiction under 28 u.s.c.
section 1331 and 1343 (a)(3). plaintiff seeks
declaratory relief pursuant to 28. u.s.c.
Section 2201 and 2202. plaintiff's claims for
injunctive relief are authorized by 28 u.s.c.
section 2283 and 2284 and Rule 65 of
the federal Rules of civil procedure.

1.

IN THE UNITED States District Court For The
southern District of ohio eastern division

2. the united states District Court for the
southern District of ohio Eastern Division
is an appropriate Venue under 28.u.s.c.
Section 1391 (B)(2) because it is where
the events giving rise to this claim ~~occurred~~
occurred.

## II Plaintiff

3. Plaintiff  Willie Lewis Hall III
is and was at all times Mentioned herein
a prisoner of the state of ohio in the
custody of the ohio department of
Rehabilitation and corrections he is
currently confined in (southern ohio
correctional facility) in Lucasville ohio.

## III Defendants

4.  William K Cool  (Warden at RCI)
16149 state Route 104    Violated My
Chillicothe ohio         1st, 8th, 14th
             45601        Amendment(s)

2.1

Defendant(s)

5. Jeremy Evans (unit Manager) violated my
16149 state route 104 at RCI ) 1st, 8th, 14th
Chillicothe, ohio                                    Amendment(s)
          45601

6 Sergent Mays                          (Sergent) at RCI
16149 stRt 104                          violated my
Chillicothe ohio                        1st, 8th, 14th
          45601                          Amendment (s)

7. Defendant John Doe #1                 (officer) at RCI
16149 stRt 104                          violated my
Chillicothe ohio                        1st, 8th, 14th
          45601                          Amendment(s)

8. Defendant John Doe #2                 (officer) at RCI
16149 stRt 104                          violated my
Chillicothe ohio                        1st, 8th, 14th
          45601                          Amendment(s)

9. Defendant John Doe #3                 (officer) at RCI
16149 stRt 104                          violated my
Chillicothe ohio 45601                   1st, 8th, 14th
                                         Amendment (s)

2.2

Defendant(s)

10. Defendant John Doe # 4 (officer) at RCI
16149 st Rt 104                    Violated MY
Chillicothe ohio                   1st, 8th, 14th
            45601                  AMendMent(s)

11. Defendant John Doe #5 (officer) at RCI
16149 st Rt 104                    Violated MY
Chillicothe ohio                   1st, 8th, 14th
            45601                  AMendMent(s)

12. Defendant John Doe #6 (supervisor)
16149 st Rt 104                    (at RCI)
Chillicothe ohio                   Violated MY
            45601                  1st, 8th, 14th
                                   AMendMent(s)

13 Defendant John Doe #7 (sergent)
16149 st Rt 104                    (at RCI)
Chillicothe ohio                   Violated MY
            45601                  1st, 8th, 14th
                                   AMendMent(s)

14. Defendant John Doe #8 (officer) at RCI
16149 st Rt 104                    Violated MY
Chillicothe ohio                   1st, 8th, 14th
            45601                  AMendMent(s)

3.

Defendant(s)

15 todd Diehl    (inspector) at RCI
16149 stRt 104              Violated My
Chillicothe Ohio        1st, 8th, 14th
              45601        AMendMent(s)

16. sRt ADaMs      (officer) at RCI
16149 stRt 104         Not Violated My
Chillicothe ohio        1st, 8th, 14th
              45601        AMendMent(s)

17. sRt bordland    (officer) at RCI
16149 stRt 104             Violated My
Chillicothe, ohio        1st, 8th, 14th
              45601        AMendment

18. Dean farmer    (Officer) at RCI
16149 stRt104
chillicothe ohio    Violated My 1st, 14th
              45601    AMendment(s)

19. Neff   (Investigator)   at RCI
16149 stRt 104             Violated My
chillicothe ohio 45601  1st, 8th, 14th
                    AMendment (s)

20. Lt shoeMaker    (lieutenant at RCI)
16149 stRt 104             Violated My
chillicothe ohio  45601  1st, 8th, 14th
                    AMendMent(s)

4.

Defendant(s)

21. R. Herr    (RIB chairsperson) at RCI
1724 st-Rt 728          Violated My
Lucasville ohio         1st, 8th, 14th
          45699          Violated Amendments

22. Defendant John Doe #9      (SRt officer)
16149 st-Rt 104              ( at RCI
Chillicothe ohio            Violated My
          45601             1st, 8th, 14th
                            Amendment(s)

23. Defendant Jane Doe #1 (Mental health)
16149 st-Rt 104              Nurse
Chillicothe, ohio          ( at RCI )
          45601            Violated My
                   1st, 8th, 14th Amendment(s)

24. Defendant John Doe #10 (supervisor)
16149 st-Rt 104              (Claim #2)
Chillicothe ohio            ( at RCI )
          45601       Violated My 1st, 8th, 14th
                            Amendment(s)

25.(A) ANNette Chambers-sMith (Director)
770 Broad street             (of odRC)
Columbus ohio              Violated My
          43522            1st, 8th, 14th
                            Amendment(s)

5.

Statement of Claim Facts

25(3) Each Defendant is sued in Individual
and in his or her official capacity(s). at
all times Mentioned in this complaint
acted under the color of state law.

Facts of Claim.

6.

## Statement of claim Facts

26. On or about 2/5/24 I was in RCI 5-B Cell 223 I was a Crip and a level E and under prea investigation from claim #2, SRT beating me and sexually assualting me and Defendant John Doe #1 tried to move inmate freeman, in cell 223 With me I told Defendant John Doe#1 I was a Crip on prea investigation and I don't cell with bloods.

27. Mr. freeman Defendant John Doe #1 and I think ~~let~~ Defendant John Doe #2 Walked away, and came back minutes later later with freeman and Defendant(s) John Doe #1 John Doe #2 John Doe #3 John Doe #4, forced freeman in cell 223 With OC spray "Mace".

28. On 2/12/24 after several attempts to talk to Mental health through prea Neff Viapath Kite's, I having nightmare of Claim #2 and I woke up choking Inmate freeman and he was bleeding I thought he was Dead I let go and started kicking cell Door.

7.

Statement of Claim Facts

29. Officer T. Mills cuff me up and put me "5-B holding cage. and woke freeman up. unit manager Evans and sergent Mays comes over to cage and ask me what happened. I told the truth as I write in this claim, and Evans get mad and say I'm gonna put you in a cell with inmate your own size. Retaliation for 11/17/23, pops up in my head.

30. I get mad and told evans and Mays I'm not scared of nobody. sgt Mays had on a body worn camera. This had to be around after breakfast, from 7:00 - 9:00 AM on 2/12/24. I was taken to medical where a nurse joked about me choking freeman while he was urinating.

31. I was a little confused and sad. I was sent back to 5-B holding cage, bio crew cleaned cell 223 and I was put back in cell 223.

8.

# Statement of claim Facts

32. And a officer, told me to pack freeman's stuff I did as told and packed freeman's property I was called to the investigator's office to talk to Neff about Claim #2 for (90) day prea investigation Neff told me my prea case was over he said he couldn't find out who grabbed my testicles Neff investigated his friends, so prea had no chance in Neff hands.

33. I was put back in cell 223. and a hour or so later Defendant John Doe #5 put freeman back in cell 223 after nightmare/Assualt. I was Beat by odrc staff in CRC's hole When I was a young man causing black outs.

34. RCI Defendant John Doe #5 put freeman in cell 223 and I black out. When I come to my hands, back, and neck hurt and it was hostel in cell Jeremy Evans and Defendant John Doe #6 a Supervisor I beleive ordered Defendant John Doe#5 to put freeman back in cell 223.

9.

# Statement of Claim Facts

35. I'm not sure how many times we fought in a 24 hour period. but it was a crazy day. the morning of 2/13/24 the sgt pulled me out of cell and read me my conduct report and a (Defendant John Doe #7 a sgt) joked about me being in cell with inmate I assualted it was 4 officers in office.

36. With body worn camera's on Green. I was put back in cell 223 and Mr. Freeman a I fought later that night. I black out and when I came to Mr. Freeman was holding a mattress in front of cell Door My body hurt next thing I know OC spray was in cell.

37. all over the walls by Defendant John Doe #8. We was cuffed up and taken to Medical I told nurse My back hurt and they did nothing. I was sent to captain's office where inmate's get beat in RCI.

10.

Statement of claim facts

38. It was Lt. lindsey and I think about 6-8 officers with B.W.C off looking angry and Lt. lindsey and John Doe Captain asked Me was I fighting and I was in fear for my life so I deny and said.

39. FreeMan was scared of being in cell with me after I assualted him, I Signed paper and was sent back to Cell 223, oc spray was all over wall and floor a Jane Doe officer kept cell food slot open I choked all night still.

40. at RCI From 11/17/23 - 2/12/24 I wasn't supposed to have a cellmate Due to 90 Day prea investigation. odrc violated my constitutional rights.

41. Defendant John Doe #1, Defendant John Doe #2, Defendant John Doe #3, Defendant John Doe #4, Defendant John Doe #5, Defendant John Doe #6, Defendant John Doe #7, all know I was on prea investigation. and a crip that was a cell alone for prea they Failed to Protect Me.          11.

## Statement of Claim Facts

42. Jeremy Evans also know after I choked Mr. Freeman out knew that there was a substantial risk I or Mr. Freeman would be seriously harmed and ~~all~~ they failed to respond reasonably to protect me.

43. Sgt. Mays heard Evans say to me I'm gonna put you in cell with inmate your own size. Sgt Mays didn't protect me it's on his b.w.c. In Law if I witness my best friend do crime I'm told I have to call police or face charges to Sgt Mays should've called supervisor and reported threat.

44. Warden William cool know I was in danger from kite's, RiB Appeal, paper kite's I wrote him, My family called RCI and told cool they felt I was in danger. Warden cool failed to protect me.

45. Todd Diehl the inspector as I sent informal complaint, and kite's to ~~the~~ diehl he made my ~~ICR~~ ICR turn into kite's. ICR was about threats I received from staff at RCI.

12.

## Statement of Claim Facts

46. ~~O.~~ I was even trying to feel out a protective custody ICR out he turned that into kite. Todd. Diehl violated my rights. he failed to protect Me.

47. ~~O.~~ All of the defendants violated my 8th Amendment cruel and unusual punishment, and all defendants failed to do their Duty and protect me and inmate freeman.

48. ~~O.~~ All of the defendants violated my 14th Amendment. Due process of law, and denied me equal protection of the laws. Exhibit (A) (B) confirms this.

49. ~~O.~~          Injurie's

Back pain, neck pain, hand pain, acid indigestion due to having to ~~Du~~ buy Acetaminophen over that time period to a few ~~moth~~ Months ago this my back injury from Claim # 2 worst.

# Statement of Claim Facts

## Claim #2

50. At Ross correctional institution on 11/17/23 at or about 6:00~8:00 AM in 9-House cell 113. I woke up to use restroom and I see SRT quitely outside cell I put my pants on and they open cell Door the first SRT was I believe SRt Bordland told me to strip I pull my pants down and off.

51. As soon as I come up SRt adams creep from the side of bordland with a wicked ~~smile~~ smile on his face and empty a big can of OC point blank in my face.

52. I lose my breath and I turned around to cuff up. I was tossed to ground and I was beat to the body with elbow's and knee's. I was told nigger don't ever assualt my staff it was about (20) to (30) blows to back and ribs.

14.

## Statement of Claim facts

53. then I peek out my eye at cell Door and I see Defendant John Doe #9 standing in doorway blocking view I guess or watching. a unknown SRt Grabbed my testicle's very hard I yelled loud and it stopped.

54. I was taken to Medical in my boxxers and it was cold outside, I had no shoe's or nothing. the nurse didn't look at me or nothing I told her I was beat to the body and my body hurt and due to SRt presents I didn't say anything about prea sexual assualt to nurse for fear of being killed!

55. Not 1 SRt had on body worn camera I was put back in 9 House cell 113 with oc spray all over cell. I take two cold showers in cell and I was hot as fire and my body hurt. I asked my neighbor's next door in 114 and 112.

56. Cell 112 seen a John Doe SRt pass SRt Adams a can of OC. While cell 114 was getting beat by other SRt.

15.

Statement of claim facts

57. I see the Major doing his rounds and I told him I got beat and sexually assualted by SRt team he called prea, as Major was leaving CO Dean Farmer said it gonna get worst for you big Willie! about ten Minute's later Farmer come to get me to talk to a prea group.

58. Farmer had a body worn camera on unlike SRt. Farmer say come on big Willie take your ass whooping for assualting staff refering to 10/23/23. he said this follows you to the next prison socf Lucasville a threat! I said no they beat me and sexually assualted me I want ~~Justus~~ Justice!

59. and I told him I'm telling my side and he called me a snitch for reporting it to prea. I wrote a informal complaint on Farmer todd Diehl made so I couldn't see ICR it said when I tried to look a ICR on tablet sorry something went wrong check back later.

16.

Statement of Claim Facts

60. I get to 9-House R.I.B room, and its farmer (2) sgts (2) investigators I told them what happened they was very Mad! a investigator said bullshit and turned around in a circle I thought he was going to hit me, I ~~think~~ think this was recorded.

61. I ^was sent to medical they did nothing. I told them what happened. I was sent to mental health with investigators that took me to Medical. Defendant Jane Doe #1 heard my story I don't think she submitted my story. before I went in investigator ~~when~~ went in Jane Doe's #1 office before or after I talked to her I'M sure its on video.

62. I was asked by investigator to recant my true story, and he offered me a ride out to a prison close to home, I fake play along then I told him I'M telling my side my side of story he never said nothing else.

# Statement of Claim facts

63. a older lady C/o that was nice came to talk to me. She told me she didn't think her officer's a do what I said happened to me. I had no energy after. this.

64 I see a friend on the way back to hole, I gave him my family phone # and I told him to call and tell them what happened to me he called and my family was lied to by warden william K Cool.

65. Lt shoemaker took a photo of my angry face but not my body where I told her I was beat at, she know my body was red and she helped SRt cover up this issue.

66. I was sent back to cell 113 and I asked my neighbors what they heard and a new witness in cell 111 heard it but he feared retaliation from RCI staff I was wrote a conduct report lacking veracity by sRt ADams, that I will take a lie Detector test contesting.

18.

## Statement of Claim Facts

67. Soon after Nightmares started. I began waking up on floor under bed having no good dreams. I can now control not getting beat now in dreams. I was and still is scared to have a cellmate after almost killing a man Claim #1.

68. I was beat in CRC hole when I was a young man causing blackouts that lasted for ~~beat~~ years, I got rid of blackouts on 1/7/17 when willie L Hall IV was born until 11/17/23.

69. I kited Neff over my prea issue I told him on viapath kite I needed to talk to Mental health twice, I never talked to Mental health until I went to O.S.P, I still have nightmares back and bad neck pain odrc and warden cool know I'm not lying. I was a victim from 11/17/23 - 2/13/24.

19.

Statement of Claim Facts

70. I went to Rib for false conduct report written by srt Adams, I was kept from calling witness by R. Herr Rib chairperson I was of course found guilty, and I beat it ~~on appeal~~ on appeal, V. Brown said RCI Violated proceedure by not allowing my witness to testify.

71. RiB call me in for a second hearing where witness taylor told her the same story, she still found me guilty. she even wanted me to plead guilty talking about I won't get no days in hole.

72. I asked odrc to give me a lie detector test to RiB, warden Cool, t. Diehl, state trooper, investigator Neff. they all refused the state of ohio odrc made it so I might not never be right mentally due to blackouts and ~~Night terrors~~ Nightmares. I might not be able to sleep with my future wife, I might nevermind.

Statement of Claim facts

73. Not one SRt have a body worn camera on during beating and sexual assualt. Warden William K. Cool didn't inforce body worn camera for SRt on 11/17/23. per 10-SAF-22 see Exhibit (C).

74. this is on annette chambers-smith I wrote the Director and told her Claim #2 and she did nothing about SRt not having a B.W.C and beating inmates without B.W.C on. per 10-SAF-22.

75. annette chambers-smith in Claim # 1 odrc has (25)to(30) prisons. and the compotor system is flawed all the Money odrc makz. when RCI officer t.mills wrote conduct it should have never allowed Freeman to enter cell 223 again.

76. annette chambers-smith Didn't fire not one SRt for violating 10-SAF-22 or ORC 5120.01. or inforce 10-SAF-22 which she signed.

21.

Statement of Claim facts

77. Annette chambers-smith allowed RCI staff to be corrupt on 11/17/23-2/12/24-2/13/24. I say nobody got fired proves corruption in odrc.

78. this was a pattern of corrupt Activity I was targeted, ~~retaliated~~ retaliated against by all defendant(s) in this Claim.

79. this court can check My kite and grievances to see I tell the truth.

Exhaustion of Legal Remedies.

80. plaintiff willie L Hall III used the odrc ~~viapath~~ viapath Grievance available at odrc to try and solve the problem on 2/28/24 for claim#1 and 12/1/23 for claim#2. willie Hall presented the facts relating to this complaint on 05/09/24 for claim#1 willie Hall ICR was Granted and Affirmed. on claim#2 it was Affirmed and denied.

22.

*Statement of claim facts*
*~Legal claims~*

81. plaintiff's reallege and incorporate by reference paragraphs 1-79.

82. the ~~Failed~~ Failure to protect. unsafe conditions. beating sexual assualt. retaliation. Violated plaintiff's rights and constituted, cruel and unusual punishment, a due process Violation under the 1st, 8th, 14th Amendment to the united states Constitution. by all Defendants.

83. the plaintiff has no plain, adequate or complete remedy at Law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendant(s) unless this court grants the declaratory and injunctive relief which Plaintiff seeks.

Injuries

Back pain, Neck pain, Nightmares, blackouts, ptSD, acid indigestion from alot of Acetaminophen.

23.

Statement of Claim facts

# PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully prays that this Court enter Judgment granting Plaintiff.

84. A declaration the acts and omissions described herein violated plaintiff's rights under the constitution and laws of the united states.

85. A preliminary and permanent injunction ordering annette chambers-smith to mandate all stg SRT to wear B.W.C per 10-SAF-22.

86. A preliminary and permanent injunction ordering annette chambers-smith to investigate RCI staff with federal help.

87. Compensatory damages in the amount of 500,000 individually and in official capacity.

88. punitive damages in the amount of 1,717,800 against each Defendant individually and officially

89. a Jury trial.    24

## Statement of Claim Facts

90. Plaintiff cost in this suit.

91. Any additional relief this court deems Just, proper, and equitable.

(8/10/25) respectfully submitted)
(Willie L Hall III    775789
Willie Lewis Hall III # 775-789
1724 state route 728
Lucasville, ohio
        45699


## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I beleieve and know them to be true. I certify under penalty of perjury the foregoing is true and correct.

Executed at Lucasville ohio
                8/10/25

Willie L Hall III
Willie L Hall III
Plaintiff            25.

Statement of Claim Facts

Willie L Hall III          8/10/25
Willie L Hall III  775-789
1724 st Rt 728
Lucasville ohio
        45699

26.

## Certificate of Service

I hereby certify that on august 10th 2025, I Mailed My Amended Complaint to the clerk of courts for filing. Upon the clerk's office docketing of this pleading, Notice of this filing will be sent through the courts electronic filing system to all parties represented by attorneys who are registered users of the court's electronic filing system as provided for in Fed. R. Civ. P. 5 (B)(2)(e). a copy of this pleading will be Mail, by ordinary United States Mail, postage pre-paid, to the following unrepresented party/Parties this same Day:

plaintiff

Willie L Hall III #775789
1724 St Rt 728
Lucasville Ohio
      45699


Defendant
Jeremy Evans et al
16149 St Rt 104
Chillicothe Ohio
      45601

Willie L Hall III
Willie L Hall III
pro se plaintiff