

Exhibit (A)

# Conduct Report

| Name: HALL, WILLIE LEWIS | Number: A775789 | Institution: ~~OSP~~ RCI |
|---|---|---|
| Case Number: RCI-24-001579 | Date of Violation: 02/12/2024 | Time of Violation: 09:13 AM |
| Location of Violation: Housing Unit / H5 / B / Bed/Cell / H5/B/223B | | Lock: H5/B/223T |

| Charged Rules | Rule Description |
|---|---|
| 1.3 | Causing, or attempting to cause, physical harm to another person. |

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

Be advised, Officer T. Mills is writing this conduct report under Officer Geers DOTS due to not having access. On the above date and approximate time, I, Officer Mills was informed by the cage officer that I needed to go to 5B Cell 223. Once I responded, Inmate Hall 775789 was standing at the door saying get me out of here. Inmate Hall was cuffed, and Inmate Freeman was on the ground. I gave directives to Inmate Freeman to come to the cuff port and cuff up. Once I opened the door, he stated that he was using the bathroom, and he came up behind me and started choking me. IHS was called. EOR

Is this Conduct Report being written on behalf of another ?  Yes ☑  No ☐

Written on behalf of:

Oaks Id: 10141166   Name: T MILLS   Title: CORR OFF   Work Location: 5B

Does the Charging Official wish to have input into the disciplinary proceedings?  Yes ☐  No ☑

| Electronic Signature of Charging Official : C GEER | Shift: 1ST | Days Off: T/F |
|---|---|---|

A copy of this conduct report was served upon the above-named inmate on: February, 13, 2024, at 09:05 AM

Staff Electronic Signature: D COOK

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature:  X | Number: A775789 |
|---|---|

**Notification to Inmate:** a conviction could result in loss of earned credit and 201 additional hearing.

DRC 4018 (Rev 08/2023)

E2130-9-19 (c)

Beaverson v Department of Rehab ACOII  84-0907-1 (1994)