*Exhibit*
*(B)*



**Department of Rehabilitation & Correction**

# Conduct Report

| **Name:** HALL, WILLIE LEWIS | **Number:** A775789 | **Institution:** OSP RCI |
|---|---|---|
| **Case Number:** RCI-24-001625 | **Date of Violation:** 02/13/2024 | **Time of Violation:** 11:01 PM |
| **Location of Violation:** Housing Unit / H5 / B / Bed/Cell / H5/B/223B | | **Lock:** H5/B/223T |

| Charged Rules | Rule Description |
|---|---|
| 4.5 | Fighting. |
| 5.1 | Physical resistance to a direct order. |
| 5.2 | Disobedience of a direct order. |

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

On February 13, 2024 at approximately 11:01 PM I, Officer Hester was conducting 11:00 PM count in 5B on the top range. When I arrived at cell 223 I noticed that there was a mattress covering the window preventing me from seeing inmate Hall 775-789 and inmate Freeman 547-229. I gave a directive to both inmates to remove the mattress. Both inmates ignored my directive. I called for my partner. When my partner arrived we both gave directives for them to remove the mattress. One inmate yelled out I need to see a white shirt. I immediately gave more directives to remove the mattress because I feared the other inmate in the cell was in danger due to me only hearing one inmate talk. With no compliance from the inmate, I opened the cuff port and attempted to move the mattress so I could visual see the other inmate. As soon as I started to move the mattress it slammed back at me preventing me from moving it and being able to see the other inmate. At this time I deployed my O/C and attempted to move the mattress. Once I was able to slightly move the mattress I utilized my O/C and sprayed in the cell 207 grams. After several more directives and attempts to move the mattress the O/C had its desired affect and inmate Freeman removed the mattress from the window. I could see both inmates at this time and gave them a directive to cuff up. Both inmates complied with the directive and were secured in cuffs. I radioed for yard to 15 my location. Both inmates were escorted out of the unit. After the incident inmate Freeman admitted that they were fighting.

Is this Conduct Report being written on behalf of another ?   Yes ☐   No ☑

Does the Charging Official wish to have input into the disciplinary proceedings?   Yes ☐   No ☑

| Electronic Signature of Charging Official :  S HESTER | Shift: 3 | Days Off: W/T |
|---|---|---|

A copy of this conduct report was served upon the above-named inmate on:

| Staff Electronic Signature: |
|---|

I acknowledge receipt of the conduct report on the above stated date and time:

| ☐ Inmate Refused to sign the conduct report | **Number:** A775789 |
|---|---|

**Notification to Inmate:** a conviction could result in loss of earned credit and 201 additional hearing.

DRC 4018 (Rev 08/2023)