Exhibit
(C)



**Department of Rehabilitation & Correction**

| SUBJECT:<br>**Body Worn Camera (BWC)** | PAGE ___1___ OF ___11___ . |
|---|---|
| | NUMBER: **10-SAF-22** |
| ORC/OAC REFERENCE:<br>ORC 5120.01 | SUPERSEDES:<br>10-SAF-22-dated 12/23/2021 |
| RELATED ACA STANDARDS: | EFFECTIVE DATE:<br>**August 1, 2023** |
| | APPROVED: .<br>*O.C. Smith* |

## I. AUTHORITY

Ohio Revised Code 5120.01 authorizes the Director of the Department of Rehabilitation and Correction, as the executive head of the department, to direct the total operations and management of the department by establishing procedures as set forth in this policy.

## II. PURPOSE

The purpose of this policy is to provide guidance and to establish a standard process for Ohio Department of Rehabilitation and Correction (ODRC) employees when utilizing a body-worn camera (BWC) during the course of their job duties. The goal is to promote safety and transparency, and to document qualifying events as described below in this policy. All ODRC employees issued a BWC as part of their job duties shall adhere to the guidelines and procedures set forth in this policy.

## III. APPLICABILITY

This policy applies to all persons employed by ODRC who interact with incarcerated or supervised persons.

## IV. DEFINITIONS

The definitions for the terms below can be found at the top of the policies page on the ODRC Intranet.

**Definitions Link**
- **Automatic Activation**
- **Bluetooth Signal Activation**
- **Body Worn Camera (BWC)**
- **Body Worn Camera Administrator**
- **Buffering**
- **Digital Evidence System**
- **Manual Activation**
- **Power Off**
- **Qualifying Event**
- **Sleep Mode**
- **Video Recall**

| SUBJECT: **Body Worn Camera (10-SAF-22)** | PAGE____2____ OF ___11___ . |
|---|---|

## V.  POLICY

It is the policy of the ODRC to utilize body-worn cameras (BWC) to ensure transparency and foster trust and safety within our communities. It shall be the responsibility of each user to deploy their BWC in accordance with this policy.

## VI.  PROCEDURES

### A. Training

1.  Designated ODRC employees will be issued a BWC only after successful completion of required training. At a minimum, the training shall include the following subjects and topics:

    a.  This ODRC BWC policy,
    b.  Proper BWC placement on the employee,
    c.  BWC usage (e.g., qualifying events),
    d.  Buffering mode,
    e.  BWC operation (e.g., manual and automatic activation and deactivation),
    f.  Maintenance and manufacturer's recommendations for care,
    g.  Why ODRC supports BWC.

2.  BWCs shall not be used to record training events unless doing so is specifically part of the lesson plan. Any audio/video footage from BWCs used for training purposes shall be stored separately from recordings used for other ODRC purposes.

### B. BWC Use

1.  It is the responsibility of each ODRC employee who has been issued a BWC to ensure the device is handled with reasonable care for optimal performance. BWC equipment malfunctions shall be immediately reported verbally to the employee's supervisor so that a replacement unit may be issued. An employee experiencing an equipment malfunction shall also complete and submit an Incident Report (DRC1000) to their supervisor by the end of the employee's shift. The user or supervisor shall then complete a ServiceNow ticket.

2.  Only ODRC issued BWC equipment and accessories may be used to create recordings during official ODRC work. Recordings or photographs made on ODRC issued BWC equipment or otherwise captured or recorded by ODRC employees during the performance of their job duties are the property of ODRC and subject to Ohio's Public Records Law. Release of any recording made by ODRC employees during the performance of their duties must comply with Ohio Public Records Law. ODRC employees are prohibited from editing, altering, deleting, copying, sharing, or otherwise distributing any BWC recordings unless authorized to do so. Any reproduction or sharing of recordings or use outside the parameters of this policy is strictly prohibited without authorization of the managing officer or designee Legal Services.

3.  ODRC employees issued a BWC shall wear it on the upper front torso of their uniform/clothing, attached to the outermost layer of clothing in adherence to manufacturer's recommendation, and positioned forward facing to facilitate an unobstructed field of view. Only manufacturer approved BWC mounts shall be utilized. The BWC will be positioned in a manner as to capture the event from the perspective of the ODRC employee.

DRC 1362

| SUBJECT: **Body Worn Camera (10-SAF-22)** | PAGE__3____ OF __11__. |
| --- | --- |

### C. Qualifying Events

1. A qualifying event requires a manual or automatic activation of the BWC. Manual activation shall occur as soon as safe and reasonably practicable to do so.

2. Qualifying events for prison staff shall include but are not limited to, the following:

   a. Critical incidents (e.g., assaults, suicide attempts, fire, death, escapes, correctional or law enforcement officer involved shootings),

   b. Responding to an emergency call for assistance,

   c. Force outlined in ODRC Policy 63-UOF-01, Behavioral Intervention/Use of Force; 63-UOF-04, Immobilizing Restraints; and 310-SEC-29, Cell Extraction,

   d. To document an incarcerated person statement or refusal to make a statement after a use of force,

   e. Interacting with aggressive or agitated individuals,

   f. Escorts determined by the managing officer, including any escort from a use of force event,

   g. Vehicle transports when incarcerated persons become aggressive or disruptive, experience medical emergencies, or require unscheduled vehicle stops,

   h. Anytime the wearer, in their own discretion, feels threatened, harassed, or unsafe.

3. Qualifying events for APA staff shall include, but are not limited to, the following:

   a. Critical incidents (e.g., assaults, parole officer involved shootings or witness to law enforcement officer involved shootings, medical emergencies),

   b. Force outlined in ODRC Policy 104-TAW-02, APA Use of Force,

   c. Interacting with aggressive or agitated individuals,

   d. Conducting a search authorized by ODRC Policy 100-APA-05, APA Search and Arrest Procedures,

   e. Transports if the person under supervision becomes aggressive, disruptive, or has a medical emergency,

   f. APA arrests and service of warrants,

   g. Anytime the wearer, in their own discretion, feels threatened, harassed, or unsafe.

4. After a qualifying event occurs, it is the responsibility of the wearer to notify their supervisor within a reasonable period of time. after it is safe to do so, that there was a qualifying event. They shall also inform their supervisor whether they activated their camera. The supervisor, at their discretion, may instruct the employee to dock the BWC so the recording can be uploaded right away or wait until the end of the shift/workday. If the employee reports they failed to activate their camera, or are not sure if/when they did, the supervisor shall then take the camera offline to access video recall.

DRC 1362

| SUBJECT: **Body Worn Camera (10-SAF-22)** | PAGE___4___ OF __11__ . |
|---|---|

### D. Authorized Use

The BWC shall be activated during all qualifying events and shall not be deactivated until the completion of the qualifying event. A qualifying event is considered completed once all actions required by policy have been taken and the incident has ended, or the supervisor has determined the incident to be over. Qualifying event activations are required regardless of whether a fixed camera system is present in the area or not.

### E. Unauthorized Use

1. BWCs shall not be activated outside of a qualifying event. This includes, but is not limited to, the following situations:

   a. Other than during a qualifying event, in any place where a reasonable expectation of privacy exists (e.g., restrooms),

   b. During unclothed searches,

   c. To record administrative conversations or concerns,

   d. To record conversations involving privileged communication (e.g., attorney/client visits, interactions with clergy),

   e. During any official inquiry regarding ODRC employment (i.e., administrative investigations or pre-discipline hearings) or when providing representation or serving as a witness on behalf of an employee during an official inquiry regarding ODRC employment,

   f. In accordance with ODRC Policy 07-ORD-11, Confidentiality of Medical, Mental Health, and Recovery Services,

   g. Conversations with fellow employees during non-job-related activities, either overtly or surreptitiously.

2. If a qualifying event emerges during one (1) of the situations outlined in section VI.E.1 of this policy, then the employee may activate the BWC. Any activations of these types must be verbally reported to a supervisor immediately and documented on an Incident Report (DRC1000). If the supervisor is the reason for the activation, the report can be to the next level of supervision available at the facility. In the absence of a higher level of supervision, the employee may provide the Incident Report (DRC1000) directly to the managing officer using the facility's current process for doing so.

   Example: You are conducting a strip search of an incarcerated person and during the search you notice the person is getting more nervous and is starting to refuse orders. As they begin to act more aggressively, you begin to feel threatened and since this is a qualifying event you may then activate the BWC.

   Example: You are engaged in a conversation with any another employee outside of a qualifying event and they become agitated or aggressive with you resulting in you feeling threatened or harassed. You then may activate the BWC.

3. Any ODRC employee entering a non-ODRC facility or community setting (e.g., hospitals, work details) will comply with the facility or community setting's local policy on wearing the camera and recording. If a local policy does not exist, the employee shall default to ODRC policy. If there is local policy, it shall be added to the ODRC Transportation Post Orders.

DRC 1362

| SUBJECT: **Body Worn Camera (10-SAF-22)** | PAGE __5__ OF __11__ . |
|---|---|

**F. Powering On, Buffering Time, and Automatic Activations**

1. To begin recording, the BWC must be powered on.

   a. Prison staff shall ensure the BWC is powered on upon receipt of the BWC and before assuming their post or beginning their job duties.

   b. APA staff shall power on their assigned BWC prior to the beginning of any workday which includes fieldwork or planned interactions with supervised persons during office visits.

   c. When a workday does not include either fieldwork or planned interactions with supervised persons in the office, APA staff are not required to power on or wear the BWC. However, the BWC must be readily available to wear and power on should the need arise, such as for a qualifying event as defined in subsection VI.C.3 of this policy.

2. All activations, regardless of type, will result in capturing the buffering time. The buffering time for the BWC shall be ninety (90) seconds with video and sound.

3. Automatic activations may occur in the following instances when Bluetooth signaling device is installed:

   a. A firearm is drawn,
   b. OC is removed from its holder,
   c. Bluetooth signals,
   d. Pepper-Ball systems.

**G. Sleep Mode Authorization**

1. The BWC shall be placed in sleep mode under the following situations while an ODRC employee is performing their job duties, and taken out of sleep mode immediately after the situation has concluded:

   a. During a probation or performance review,

   b. During a departmental meeting or training,

   c. For contract administration purposes by a union representative who has made arrangements with their supervisor to take time away from their job duties

   d. While interviewing a current or potential confidential informant,

   e. When interviewing the victim of a sexual assault allegation (PREA),

   f. During a planned interview or conversation with a victim, unless written consent is given prior to recording any statements in the planned interview or conversation,

   g. While present in court,

   h. During parole board hearings and/or violation hearing,

   i. During a routine strip search (searches immediately following a use of force are still part of a use of force event and cameras should remain on until the end of the use of force event),

   j. Where legally required to do so.

DRC 1362

| SUBJECT: **Body Worn Camera (10-SAF-22)** | PAGE___6___ OF ___11___. |
| --- | --- |

### H. Power-Off Authorization

Except at the end of a shift/workday or the end of field work, an employee shall not power off a BWC unless authorized by a supervisor, with one exception. Although an employee may use the sleep mode when using the restroom to safeguard privacy, they may also completely power-off of the BWC system if they prefer to do so. However, they shall power it back on immediately after leaving the restroom.

### I. Disclosure or Demands to Cease Recordings

1. ODRC's prison BWC system is configured to flash green when the system is powered on, but not actively recording, and to flash red when the BWC is actively recording. There are three (3) flashing lights on the front of the device in a circular pattern ("triad LED lights") to indicate which mode the device is in.

2. ODRC's APA BWC system is configured so that the triad LED lights are always off when the device is powered on, including during active recording. The top indicator light will flash green when the device is powered on, but not actively recording, and flash red when the device is actively recording. The top indicator light may be dimmed or turned off in low-light or tactical situations.

3. During qualifying events, an ODRC employee must inform those who ask that audio/video recording equipment is in use. It is not necessary to proactively inform a person that they are being recorded unless the ODRC employee believes this will help de-escalate the situation, calm the person down, and/or avoid a confrontation.

4. Employees are not required to cease recording an event, situation, or circumstance solely at the demand of any person other than a supervisor.

### J. Uploading Recordings

1. At the completion of a shift/workday for prisons or the conclusion of field work for APA the BWC shall be placed in a docking station to upload.

2. The BWC may also be placed into a docking station whenever needed throughout the course of the work period, such as needing to charge it or needing to upload a recently recorded event.

### K. Video Recall

1. The BWC, in the powered-on position, can retrieve eighteen (18) hours of low-resolution video and audio. If retrieval becomes necessary, an individual with appropriate permissions shall connect the BWC to a device which has the appropriate software installed and download the video.

2. Video recall is available to use whenever a qualifying event occurred and the employee was unable to, or forgot to, activate their BWC. It shall be the responsibility of the user to immediately notify the supervisor if their BWC was not activated during a qualifying event. Video recall shall be accessed for any employees who did not activate their BWC, were directly engaged in the qualifying event, and whose involvement was documented on the corresponding

| SUBJECT: **Body Worn Camera (10-SAF-22)** | PAGE___7___ OF __11_. |
| --- | --- |

Incident Report (DRC1000), or in section A of the Use of Force Summary in accordance with ODRC Policy 63-UOF-02, Behavioral Intervention/Use of Force Report. At the discretion of the supervisor, video recall may be accessed for other employee witnesses and responders to the qualifying event if it has been determined that there is not enough video evidence to sufficiently understand the totality of the circumstances related to the qualifying event.

3. After learning of a qualifying event which was not recorded, the supervisor shall take physical custody of the BWC and assume responsibility for uploading and retaining the recordings from the BWC. If the supervisor does not have the appropriate permissions or access to a computer with the software required, they shall completely power off the BWC and remove it from service. Then they shall complete an Incident Report (DRC1000) stating the reason the camera needs accessed and the approximate time, or time frame, when the qualifying event was reported to have occurred. The camera shall be stored in a supervisor access only area as designated by the managing officer.

4. A supervisor may access video recall not associated with a qualifying event only when there is a documented and legitimate correctional supervisory or criminal justice reason. This includes when the supervisor is investigating a documented complaint against a staff member or when any other incident is reported which may require an administrative review or where recordings may have evidentiary value. The reason for the review shall be documented on an Incident Report (DRC1000) and in the notes section of the BWC recording that is being reviewed. If the supervisor determines the BWC recording requires further review, they shall title, identify, and categorize the recording. The reason for the further review shall be documented in the notes section of the BWC recording and on the Incident Report (DRC1000), which shall then be submitted to the managing officer for further action with a copy of the documented concern that initiated the review (e.g., documented complaint against a staff member).

5. Video recall shall not be relied on as a default. Video recall ensures that BWC wearers are able to make personal safety their primary concern and qualifying events are still visually captured.

**L. Accountability, Storage, and Issuance of BWC**

1. A BWC shall be accounted for as outlined in ODRC Policy 22-BUS-08, Inventory Control of Property, Supplies, and Other Assets.

2. When not in use, the BWC shall be kept in a secure location identified by the managing officer, the parole services supervisor, or their designees.

3. Facilities shall inventory BWCs on every shift in accordance with ODRC Policy 310-SEC-07, Control Center Operations. APA shall inventory in accordance with ODRC Policy 104-TAW-04, APA Equipment Policy.

4. BWCs shall be identified and named in accordance with the post assignment or individually assigned user.

      Example:  Serial Number     Device Name
                  X60A36251      CCI YD6 (B)
                  X60A34570      CCI YD6 (A)

| SUBJECT: **Body Worn Camera (10-SAF-22)** | PAGE___8___ OF __11__ . |
|---|---|

5. BWCs shall be issued utilizing Security Device Issue Log (DRC2723) or Equipment Issuance and Retrieval Documentation (DRC3143) or another digital documentation application approved for this purpose.

6. BWCs shall be assigned to each wearer in Evidence.com's inventory system immediately following the issuance of a device.

7. If a BWC is lost or stolen, the person assigned the BWC shall immediately notify their supervisor and complete an Incident Report (DRC1000). The supervisor shall notify the chief of security or APA regional administrator and submit an Incident Report/Incident Report Supplement (DRC1000/1001) to the managing officer, appropriate regional director, bodyworn camera administrator, and the appropriate regional security administrator with any supportive documents tracing the BWC to when it was last accounted for. A Special Incident Report (DRC2091) shall then be completed by the managing officer or designee.

8. When not in use, the BWC shall be powered on and placed in the docking station. The docking station shall be located in a secure, climate-controlled area.

**M. Maintenance**

1. A facility's security chief shall maintain the BWC systems and perform routine maintenance in accordance with the manufacturer's instructions.

2. APA Employees issued a BWC shall maintain the BWC systems and perform routine maintenance in accordance with the manufacturer's instructions.

**N. Staff Responsibilities for the BWC**

1. Supervisors are responsible for ensuring that ODRC employees are wearing and using the BWC cameras according to policy. Enforcement of BWC rules should be conducted in a supportive manner. Correcting minor violations of this policy by coaching or counseling is appropriate.

2. Supervisors must properly title, identify, and categorize the recordings of all qualifying events and any other recordings they deem appropriate for legitimate correctional or supervisory reasons. Within the APA, parole officers and/or supervisors must properly title, identify, and categorize the recordings of all qualifying events and any other recordings they deem appropriate for legitimate correctional, supervisory, or criminal justice reasons.

3. If an ODRC employee wearing a BWC is involved in a deadly force incident, or other serious incident, or was present for any part of one of these events, the supervisor shall take physical custody of the BWC, power the BWC off, and preserve the evidence in a secured location for the authorized investigator.

4. Supervisors may review BWC camera recordings not associated with a qualifying event only when there is documented, legitimate, correctional supervisory or criminal justice reason. This includes when the supervisor is investigating a documented complaint against a staff member or when any other incident is reported which may require an administrative review or where recordings may have evidentiary value. The reason for the review shall be documented in the notes section of the BWC recording that is being reviewed. If the supervisor determines the

| SUBJECT: **Body Worn Camera (10-SAF-22)** | PAGE___9___ OF __11__. |
|---|---|

BWC footage requires further review, they shall title, identify, and categorize the file and make a note as to why they are doing so. The supervisor shall complete an Incident Report (DRC1000) and submit it to the managing officer for further action, attaching a copy of the documented concern that initiated the review (e.g., documented complaint against a staff member).

**O. Rules for Viewing BWC Recordings by ODRC Employees**

1. BWC audio and/or video recordings may be viewed by the wearer in the following situations:

   a. Use of force incidents as defined in ODRC Policy 63-UOF-01, Behavioral Intervention/Use of Force; 104-TAW-02, APA Use of Force, 63-UOF-04, Immobilizing Restraints, and 310-SEC-29, Cell Extraction,

   b. Before meeting with attorneys from the Office of the Ohio Attorney General,

   c. Before giving sworn testimony in deposition, administrative hearing (e.g., APA violation hearing), or court proceeding,

   d. For potential training purposes or professional development,

   e. When the recording is requested by criminal justice agencies.

2. Viewing

   Display of recordings shall be limited to authorized ODRC employees or external partners with a specific need. Employees shall not allow unauthorized persons the opportunity to review a video segment, including photographs or screenshots of video evidence.

**P. Redaction, Storage, Release, and Destruction of BWC Recordings**

1. Redactions

   a. ODRC employees are responsible for ensuring that any BWC recording is not altered unless it is being redacted by authorized ODRC employees per this policy.

   b. Redactions may be made at a facility to blur the breasts, buttocks, and genitalia of any person to allow for the recording to be viewed by individuals of the opposite sex.

   c. All other redactions, including those related to victims, must be approved by Legal Services and shall be completed by the BWC analysts.

2. Storage and retention of BWC recordings

   a. All BWC recordings collected by ODRC employees in the course of their duties shall be uploaded to the appropriate records or evidence management system by an individual with the appropriate permissions as soon as reasonably possible. All BWC recording files shall be stored in the Evidence.com evidence management system.

   b. All evidentiary recordings (e.g., any recording identified for subpoena, criminal, or civil court proceedings, or identified for an administrative investigation) and all recordings identified as responsive to a public records request shall be maintained in accordance with ODRC's Record Retention Schedule and applicable departmental policy.

| SUBJECT: **Body Worn Camera (10-SAF-22)** | PAGE___10___ OF ___11___. |
|---|---|

3. Deletion

    a. Any recording made inadvertently or that has no investigative or administrative value may be deleted if it contains unauthorized footage (e.g., restroom break). If any such recording or digital file was uploaded to the evidence management system, then it may be placed in restricted access until deletion is approved by the BWC administrator.

    b. Individuals with deletion authority are set by the BWC administrator in Legal Services.

**Q. Procedures for Titling, Identifying and Categorizing Recordings in the Evidence Management System**

1. When a supervisor or parole officer determines that a recording(s) made after an activation is part of qualifying event, or has administrative/evidentiary value, they will need to enter a title, identification, and categorization for each recording associated with the event.

2. Title

    The title of an individual recording is the name and number of the primary subject of the video or evidence (i.e., incarcerated person and/or supervisee). Include a space after the comma.

        Example (Facility): Smith, Michael-001001
        Example (APA):   Smith, Michael

3. Identification

    a. Prisons shall identify BWC recordings utilizing the incident reporting system in DOTS Portal. Supervisors shall be required to log into DOTS Portal (SIRFM) and establish an incident number. This number will be used to label and track BWC evidence within Evidence.com. The identification number shall be included on all Incident Reports (DRC1000) associated with the qualifying event.

        Example: MANCI-INC-2022-002247

    b. APA shall identify BWC recordings as yyyymmdd-CCIS.

        Example: In the Akron region on October 9, 2022, supervisee (CCIS) was arrested. All recording associated with this qualifying event would have the identification of 20221009- C123456

4. Category

    Choose the qualifying event from the drop down that matches the acronym you used in the identification section.

    a. If a recording is created unintentionally and it is not a qualifying event it shall be categorized as a false activation or accidental recording to verify that it not a qualifying event and is not an evidentiary record.

**R. Case Identification Number**

A case can be created by any authorized party to group a number of recordings in a single area. When creating a case, the party responsible shall use the same identification label as used in subsection VI.Q.3 of this policy and then add all associated videos to the case.

| SUBJECT: **Body Worn Camera (10-SAF-22)** | PAGE___11___ OF ___11___. |
|---|---|

Example: If Mansfield Correctional Institution had a use of force, the first qualifying event of the day, on July 8, 2022 involving five (5) officers then there would be five (5) recordings in the evidence system. These five (5) recordings would be titled individually by the name of the officer, but all the recordings made for this event would have been identified as MANCI-INC-2022-002247. Therefore, the case identification number is MANCI-INC-2022-002247.

**S. Sharing BWC recordings with prosecutors and other partner agencies**

1. The ODRC's evidence management system allows for the secured sharing of BWC recordings with prosecutors or other criminal justice and agencies. Recordings may be shared during discovery while maintaining a complete chain of custody and all evidence is encrypted.

2. BWC recordings may also be shared with respective unions before investigatory or administrative hearings, including disciplinary hearings.

3. Evidence shared with ODRC from prosecutors or criminal justice agencies shall be categorized in accordance with subsection VI.Q.4 of this policy.

**Referenced ODRC Policies:**

| | |
|---|---|
| 07-ORD-11 | Confidentiality of Medical, Mental Health, and Recovery Services Information |
| 22-BUS-08 | Inventory Control of Property, Supplies, and Other Assets |
| 63-UOF-01 | Behavioral Intervention/Use of Force |
| 63-UOF-02 | Behavioral Intervention/Use of Force Report |
| 63-UOF-04 | Immobilizing Restraints |
| 100-APA-05 | APA Search and Arrest Procedures |
| 104-TAW-02 | APA Use of Force |
| 104-TAW-04 | APA Equipment Policy |
| 310-SEC-07 | Control Center Operations |
| 310-SEC-29 | Cell Extraction |

**Referenced Forms:**

| | |
|---|---|
| Incident Report | DRC1000 |
| Supplemental Incident Report | DRC1001 |
| Special Incident Report | DRC2091 |
| Security Device Issue Log | DRC2723 |
| Equipment Issuance and Retrieval Documentation | DRC3143 |

DRC 1362

Hall
775789

C 8-13