Willie L Hall III #775789
1724 St Rt 728
Lucasville, Ohio
45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail



Office of the Clerk
85 Marconi Boulevard
Columbus, Ohio
43215